PROB 12B
(7/93)

Report Date: January 9, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Lemuel Fezell Jackson | Case Number: 2:92CR00298-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge | |
| Date of Original Sentence: 04/29/1993 | Type of Supervision: Term of Supervised Release |
| Original Offense: Possession With Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 12/15/2006 |
| Original Sentence: Prison - 188 Months; TSR - 60 Months | Date Supervision Expires: 12/14/2011 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeal's finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug and/or alcohol tests per month.

The offender signed the attached Waiver of Hearing to Modify Conditions of Supervised Release on December 19, 2006. He understands the rationale behind this modification.

Respectfully submitted,

by      [signature]
Brenda J. Kuest
U.S. Probation Officer
Date: January 9, 2007

Prob 12B
**Re: Jackson, Lemuel Fezell**
**January 9, 2007**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*January 9, 2007*
Date